# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

        v.                                  Crim. No. 7:07-M-1036-1

TIFFANY MARIE CAPPS

      On Wednesday, August 8, 2007, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/ Rick Marshburn                                         /s/ Djoni B. Barrett  
Rick Marshburn                                                  Djoni B. Barrett  
Supervising U.S. Probation Officer                  U.S. Probation Officer

### ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this \_\_\_\_5th\_\_\_\_ day of \_\_\_\_November\_\_\_\_, 2008.

                                                          William A. Webb  
                                                          U.S. Magistrate Judge